## The TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Plaintiff–Cross Appellant,

v.

## ROCHE DIAGNOSTICS GMBH (formerly known as Boehringer Mannheim GmbH), Defendant–Appellant.

### Nos. 03–1637, 04–1033.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 25, 2003.

#### ORDER

Order Vacated, See 2004 WL 231814.

The cross-appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of cross-appeal be, and the same hereby is, DIS-

---

MISSED, for failure to prosecute in accordance with the rules.